RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jose Anjel Beltran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSE ANJEL BELTRAN,<br><br>     Defendant. | Case No. 2:20-cr-00082-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jose Anjel Beltran, that the Revocation Hearing currently scheduled on December 17, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than February 1, 2021.

This Stipulation is entered into for the following reasons:

1. Mr. Beltran has been charged with Driving Under the Influence and Failure to Decrease Speed in Las Vegas Municipal Court. This charge is the basis of the first allegation in the petition for his revocation. ECF No. 4.

2. Mr. Beltran is in the process of negotiating and resolving that case. To allow him adequate time to resolve his pending state charges, Mr. Beltran requests that this hearing be continued to no sooner than February 1, 2021.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender |   */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANJEL BELTRAN,<br><br>    Defendant. | Case No. 2:20-cr-00082-RFB-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, December 16, 2020 at 1:00 p.m., be vacated and continued to February 4, 2021 at the hour of 10:00 a.m.

    DATED this 16th day of December, 2020.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE