RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jose Anjel Beltran

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00082-RFB-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JOSE ANJEL BELTRAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jose Anjel Beltran, that the Revocation Hearing currently scheduled on February 11, 2021, at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than April 28, 2021.

This Stipulation is entered into for the following reasons:

1.     Mr. Beltran has been charged with Driving Under the Influence and Failure to Decrease Speed in Las Vegas Municipal Court. This charge is the basis of the first allegation in the petition for his revocation. ECF No. 4.

2.     Mr. Beltran is in the process of negotiating and resolving that case.  His next hearing in the state court case has been continued to April 27, 2021. To allow him adequate time to resolve his pending state charges, Mr. Beltran requests that this hearing be continued to no sooner than April 28, 2021.

3.     The defendant is out of custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 3rd day of February, 2021.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


   */s/ Kathryn C. Newman*
By_____
KATHRYN C. NEWMAN
Assistant Federal Public Defender

   */s/ Shaheen Torgoley*
By_____
SHAHEEN TORGOLEY
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOSE ANJEL BELTRAN,

        Defendant.

Case No. 2:20-cr-00082-RFB-EJY

**<u>ORDER</u>**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, February 11, 2021 at 11:00 a.m., be vacated and continued to  May 4, 2021  at the hour of  10 : 00  a .m.

    DATED this 3rd  day of February, 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3